# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**:  FEBRUARY 29, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**  **CIVIL NO. 23-CV-2120 (RK) (DEA)**

CASTRO

v.

REISER ET AL

**APPEARANCES:**

John Anthony Castro, Pro Se Plaintiff

Jeffrey Leonard, Esq., counsel for Defendants

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Parties review case status.

**Time Commenced:**  1:04 p.m.
**Time Adjourned**:   1:12 p.m.
**Total Time**:       8  minutes

*Patricia Markey*
COURTROOM DEPUTY