UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON                                           **DATE**:  APRIL 2, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL


**TITLE OF CASE:**                                           **CIVIL NO. 23-CV-2120 (RK) (DEA)**

CASTRO

v.

REISER ET AL


**APPEARANCES:**

John Anthony Castro, Pro Se Plaintiff

Jeffrey Leonard, Esq., counsel for Defendants


**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Parties review case status.


**Time Commenced:**   11:03 a.m.
**Time Adjourned**:   11:05 a.m.
**Total Time**:       2 minutes


*Patricia Markey*
COURTROOM DEPUTY