

Jeffrey Leonard
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Jeffrey.Leonard@lewisbrisbois.com
Direct: 973.792.8740

July 24, 2024

File No. 25495.94

**VIA ELECTRONIC FILING**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    **JOHN ANTHONY CASTRO v. GLENN R. REISER, ET AL.**
            Civil Action No. 3:23-cv-02120

Dear Judge Bongiovanni:

    Please be advised that our office represents Defendants Glenn R. Reiser and LoFaro & Riser, L.L.P., (the "Reiser Defendants") in the above-captioned matter. I write with respect to Your Honor's Letter Order of July 11, 2024, directing Plaintiff to advise by August 30, 2024, whether he intends to continue the litigation or withdraw/dismiss the Complaint. If Plaintiff choses to withdraw/dismiss the Complaint, we would request that it be with prejudice. A dismissal without prejudice would be prejudicial to my client as it would leave him open to it being re-filed at some point in the years ahead. We would rather the matter proceed and deal with any issues with the taking of discovery given Plaintiff's present incarceration.

    Thank you for Your Honor's continued attention to this matter.

                                           Respectfully submitted,

                                           /s/ *Jeffrey S. Leonard*

                                           Jeffrey Leonard of
                                           LEWIS BRISBOIS BISGAARD & SMITH LLP

JL:ldd
cc:    John Anthony Castro (via certified mail return receipt requested)
       Glenn R. Reiser, Esq. (via e-mail)