# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
(609) 989-2040

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 11, 2024

**LETTER ORDER**

RECEIVED
JUL 3 0 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Re: <u>Castro v. Reiser, et al.</u>
Civil Action No. 23-2120 (RK)

Dear Mr. Castro:

As you may recall, a status telephone conference was scheduled for June 21, 2024. Counsel for Defendants, Jeffrey Leonard, Esq., joined the conference, but you did not. The Court has been made aware of the criminal charges pending against you and your incarceration. My office contacted your criminal defense attorney, Mick Mickelsen, Esq., to obtain your location.

Kindly advise the Court by **August 30, 2024** whether you intend to continue this litigation, or, given your circumstances, you will withdraw/dismiss the Complaint. Please be forewarned that failing to respond to this Order may result in the dismissal of your case with prejudice.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SEND A COPY OF THIS LETTER ORDER TO MR. CASTRO VIA BOTH REGULAR MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

John Anthony Castro
FMC Fort Worth
3150 Horton Road
Fort Worth, TX 76119

IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SEND A COPY OF THIS LETTER ORDER TO MR. MICK MICKELSEN, ESQ., VIA EMAIL TO THE FOLLOWING EMAIL ADDRESS:

mick@texascrimlaw.com

s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**

2

CLERK, U.S. DISTRICT COURT
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

RECEIVED
JUL 30 2024
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

CERTIFIED MAIL

7011 3500 0000 5781 7171

NEOPOST 07/12/2024
US POSTAGE $005.04⁰
FIRST-CLASS MAIL
ZIP 08608
041M11292220

Return to Sender
___ Inmate Unknown
_X_ Unable to ID Inmate
___ Forwarding Expired
___ No Authorization on File

John Anthony Castro
FM[...] Worth
3[...]
F[...]
76119

-R-T-S-   761194255-1N   009 07/22/24

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>John Anthony Castro<br>FMC Fort Worth<br>3150 Horton Road<br>Fort Worth, TX<br>76119 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from serv. | 7011 3500 0000 5781 7171 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |