**U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY- TRENTON VICINAGE**

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>               Plaintiff,<br><br>-vs-<br><br>GLENN R. REISER, ESQ. and LOFARO & REISER, L.L.P.<br><br>               Defendants. | Civil Action No. 3:23-cv-02120-MAS-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action, having been amicably adjusted by and between the plaintiff and defendants, is voluntarily dismissed with prejudice and without costs pursuant to F.R.C.P. 41(a)(1)(A)(ii).

_____
John Anthony Castro, Pro Se

Dated: August __12__, 2024

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Attorneys for Defendants
Glenn R. Reiser, Esq. and Lofaro & Reiser, L.L.P.

By:  /s/ *Jeffrey S. Leonard*
      Jeffrey S. Leonard, Esq.

Dated:  August __12__, 2024

143665130.1