

Jeffrey Leonard
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Jeffrey.Leonard@lewisbrisbois.com
Direct: 973.792.8740

August 16, 2024

File No. 25495.94

**VIA ELECTRONIC FILING**

Clerk
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: **JOHN ANTHONY CASTRO v. GLENN R. REISER, ET AL.**
Civil Action No. 3:23-cv-02120

Dear Sir/Madam:

Please be advised that our office represents Defendants Glenn R. Reiser and LoFaro & Riser, L.L.P., (the "Reiser Defendants") in the above-captioned matter. On August 12, 2024, when we filed the Stipulation of Dismissal (ECF No. 29) with prejudice based upon Plaintiff having decided to dismiss the case in response to Judge Bongiovanni's Letter Order of July 12, 2024 (ECF No. 26) we mistakenly did not link the Stipulation of Dismissal to the Letter Order. We are re-submitting the Stipulation linked to the Letter Order to remedy that mistake.

Respectfully submitted,

/s/ *Jeffrey S. Leonard*

Jeffrey Leonard of
LEWIS BRISBOIS BISGAARD & SMITH LLP

JL:ldd
cc: John Anthony Castro (via certified mail return receipt requested)
Glenn R. Reiser, Esq. (via e-mail)

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY- TRENTON VICINAGE

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>Plaintiff,<br><br>-vs-<br><br>GLENN R. REISER, ESQ. and LOFARO & REISER, L.L.P.<br><br>Defendants. | RK-TJB<br>Civil Action No. 3:23-cv-02120-MAS-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action, having been amicably adjusted by and between the plaintiff and defendants, is voluntarily dismissed with prejudice and without costs pursuant to F.R.C.P. 41(a)(1)(A)(ii).

_____
John Anthony Castro, Pro Se

Dated: August 12, 2024

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Attorneys for Defendants
Glenn R. Reiser, Esq. and Lofaro & Reiser, L.L.P.

By: /s/ *Jeffrey S. Leonard*
     Jeffrey S. Leonard, Esq.

Dated: August 12, 2024

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
Date: 8/13/24

143665130.1