

CLERK, U. S. DISTRICT COURT
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

RECEIVED

AUG 2 3 2024

AT 8:30_____
CLERK, U.S. ___

RETURN TO SENDER

RETURN TO SENDER

NORTH TEXAS TX P&DC
DALLAS TX 750
12 JUL 2024 PM 4

US POSTAGE $000.64

ZIP 08608
041M11292220

John Anthony Castro
FMC Fort Worth
3150 ~~Horsehead~~
Fort ~~Worth~~, TX
~~76~~

Return to Sender
___ Inmate Unknown
___ Unable to ID Inmate
___ Forwarding Expired
___ No Authorization on File

UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

**U.S. COURTHOUSE**
**402 E. STATE STREET, RM 6052**
**TRENTON, NJ 08608**

July 11, 2024

## LETTER ORDER

**Re:**   **Castro v. Reiser, et al.**
         **Civil Action No. 23-2120 (RK)**

Dear Mr. Castro:

As you may recall, a status telephone conference was scheduled for June 21, 2024. Counsel for Defendants, Jeffrey Leonard, Esq., joined the conference, but you did not. The Court has been made aware of the criminal charges pending against you and your incarceration. My office contacted your criminal defense attorney, Mick Mickelsen, Esq., to obtain your location.

Kindly advise the Court by **August 30, 2024** whether you intend to continue this litigation, or, given your circumstances, you will withdraw/dismiss the Complaint. Please be forewarned that failing to respond to this Order may result in the dismissal of your case with prejudice.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SEND A COPY OF THIS LETTER ORDER TO MR. CASTRO VIA BOTH REGULAR MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

John Anthony Castro
FMC Fort Worth
3150 Horton Road
Fort Worth, TX 76119

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SEND A COPY OF THIS LETTER ORDER TO MR. MICK MICKELSEN, ESQ., VIA EMAIL TO THE FOLLOWING EMAIL ADDRESS:**

mick@texascrimlaw.com

_s/ Tonianne J. Bongiovanni_
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**

`